Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

S. EMANUEL LIN,

PLAINTIFF(S)

v.

CHICAGO TITLE INSURANCE COMPANY

DEFENDANT(S).

CASE NUMBER

CV 09-7993 VBF (DTBx)

**JUDGMENT FOR DEFENDANT**
**(FRCv.P Rule 50 (a))**

 This action, having been tried before the Court sitting with a jury, the Honorable Valerie Baker Fairbank, District Judge, presiding; the issues having been duly tried and the Court having granted Defendant's Motion for Judgment as a Matter Of Law pursuant to FRCvP 50 (a);

 IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing; that the action be dismissed on the merits.

Clerk, U.S. District Court

Dated:  April 13, 2011

by   s/Joseph Remigio
             _____
             Deputy Clerk

At: Los Angeles, CA
     Western Division
     Central District Of California

cc:     Counsel of record

FRCvP 58 (b)(1)         **JUDGMENT FOR DEFENDANT**